Form 148 − ntcdsmcs

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.: 24−19812−CMG
Chapter: 13
Judge: Christine M. Gravelle

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Mathew C. Miller
   311 Shoshoni Trail
   Browns Mills, NJ 08015−6131

Social Security No.:
   xxx−xx−1254

Employer's Tax I.D. No.:

## NOTICE OF ORDER DISMISSING CASE

   NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case was entered on 9/11/25.

   Any discharge which was granted in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within seven (7) days from the date of this Order.

   This dismissal may mean that the debtor is ineligible to file another bankruptcy petition for 180 days under 11 U.S.C. § 109(g).

Dated: September 11, 2025
JAN: dmi

Jeanne Naughton
Clerk

United States Bankruptcy Court

District of New Jersey

In re:  
Mathew C. Miller  
    Debtor

Case No. 24-19812-CMG  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-3     User: admin     Page 1 of 3  
Date Rcvd: Sep 11, 2025     Form ID: 148     Total Noticed: 30

The following symbols are used throughout this certificate:  
**Symbol    Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^      Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 13, 2025:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | Mathew C. Miller, 311 Shoshoni Trail, Browns Mills, NJ 08015-6131 |
| 520412378 | Warren S. Jones, Jr., Esquire, 1 Trinity Lane, Mount Holly, NJ 08060-1747 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Sep 11 2025 21:09:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Sep 11 2025 21:09:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| cr | + | Email/Text: RASEBN@raslg.com | Sep 11 2025 21:07:00 | U.S. BANK TRUST NATIONAL ASSOCIATION, NOT IN ITS I, Robertson, Anschutz, Schneid, Crane & Pa, 13010 Morris Rd., Suite 450, Alpharetta, GA 30004-2001 |
| 520412379 | + | EDI: BANKAMER | Sep 12 2025 00:46:00 | Bank of America, Attn: Bankruptcy, 4909 Savarese Circle, Tampa, FL 33634-2413 |
| 520412380 | + | EDI: BANKAMER | Sep 12 2025 00:46:00 | Bank of America, 4909 Savarese Circle, Tampa, FL 33634-2413 |
| 520412382 | + | EDI: JPMORGANCHASE | Sep 12 2025 00:46:00 | Chase Card Services, Po Box 15369, Wilmington, DE 19850-5369 |
| 520412381 | + | EDI: JPMORGANCHASE | Sep 12 2025 00:46:00 | Chase Card Services, Attn: Bankruptcy, Po Box 15298, Wilmington, DE 19850-5298 |
| 520412383 | + | Email/Text: ebnnotifications@creditacceptance.com | Sep 11 2025 21:07:00 | Credit Acceptance, Attn: Bankruptcy, 25505 West 12 Mile Road Ste 3000, Southfield, MI 48034-8331 |
| 520412384 | + | Email/Text: ebnnotifications@creditacceptance.com | Sep 11 2025 21:07:00 | Credit Acceptance, Po Box 5070, Southfield, MI 48086-5070 |
| 520412385 | | EDI: IRS.COM | Sep 12 2025 00:46:00 | Internal Revenue Service, Centralized Insolvency Operation, PO Box 7346, Philadelphia, PA 19101-7346 |
| 520412387 | | Email/Text: krivera@leadersfc.com | Sep 11 2025 21:06:00 | Leaders Financial Company, 21 Commerce Dr Fl 1, Cranford, NJ 07016 |
| 520412386 | | Email/Text: krivera@leadersfc.com | Sep 11 2025 21:06:00 | Leaders Financial Company, Attn: Bankruptcy, 21 Commerce Dr, Suite 101, Cranford, NJ 07016 |
| 520416566 | | Email/PDF: resurgentbknotifications@resurgent.com | Sep 11 2025 21:14:25 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 520412389 | | Email/Text: ml-ebn@missionlane.com | Sep 11 2025 21:06:00 | Mission Lane LLC, Attn: Bankruptcy, P.O. Box |

| Recip ID | Bypass | Notice Method | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | | 105286, Atlanta, GA 30348 |
| 520412390 | | Email/Text: ml-ebn@missionlane.com | Sep 11 2025 21:06:00 | Mission Lane LLC, Po Box 105286, Atlanta, GA 30348 |
| 520477625 | + | EDI: AIS.COM | Sep 12 2025 00:46:00 | Mission Lane LLC, by AIS Infosource, LP as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 520412392 | | Email/Text: DL-NJEZPASS-Bankruptcies@conduent.com | Sep 11 2025 21:07:00 | NJ E-Z Pass, PO Box 4971, Trenton, NJ 08650 |
| 520412391 | | Email/Text: DL-NJEZPASS-Bankruptcies@conduent.com | Sep 11 2025 21:07:00 | New Jersey Turnpike Authority, 1 Turnpike Plaza, P.O Box 5042, Woodbridge, NJ 07095 |
| 520568792 | | Email/Text: DL-NJEZPASS-Bankruptcies@conduent.com | Sep 11 2025 21:07:00 | New Jersey Turnpike Authority, Ramon de la Cruz, NJ Turnpike Authority, 1 Turnpike Plaza, P.O Box 5042, Woodbridge, NJ 07095 |
| 520412394 | | EDI: PRA.COM | Sep 12 2025 00:46:00 | Portfolio Recovery Associates, LLC, 140 Corporate Blvd, Norfolk, VA 23502 |
| 520412393 | | EDI: PRA.COM | Sep 12 2025 00:46:00 | Portfolio Recovery Associates, LLC, Attn: Bankruptcy, 120 Corporate Boulevard, Norfolk, VA 23502 |
| 520412395 | + | Email/PDF: resurgentbknotifications@resurgent.com | Sep 11 2025 21:25:00 | Resurgent Capital Services, Attn: Bankruptcy, Po Box 10497, Greenville, SC 29603-0497 |
| 520412396 | | Email/PDF: resurgentbknotifications@resurgent.com | Sep 11 2025 21:13:40 | Resurgent Capital Services, C/o Resurgent Capital Services, Greenville, SC 29602 |
| 520412399 | | Email/Text: NJTax.BNCnoticeonly@treas.nj.gov | Sep 11 2025 21:07:00 | State of New Jersey, Bankruptcy Section, PO Box 245, Trenton, NJ 08695-0245 |
| 520412397 | + | Email/Text: enotifications@santanderconsumerusa.com | Sep 11 2025 21:09:00 | Santander Consumer USA, PO Box 961245, Fort Worth, TX 76161-0244 |
| 520412398 | ^ | MEBN | Sep 11 2025 20:57:01 | State of New Jersey, Department of Labor and Workforce Develo, PO Box 951, Trenton, NJ 08625-0951 |
| 520451224 | + | Email/Text: RASEBN@raslg.com | Sep 11 2025 21:07:00 | U.S. Bank Trust National Association, Robertson, Anschutz, Schneid, Crane, 13010 Morris Road, Suite 450, Alpharetta, GA 30004-2001 |
| 520477262 | + | Email/Text: bkteam@selenefinance.com | Sep 11 2025 21:08:00 | U.S. Bank Trust National Association, not in its i, Selene Finance LP, 3501 Olympus Blvd, Suite 500, Dallas, TX 75019-6295 |

TOTAL: 28

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 520412388 | | LVNV Funding, LLC |
| cr | *+ | U.S. Bank Trust National Association, Robertson, Anschutz, Schneid, Crane, 13010 Morris Road, Suite 450, Alpharetta, GA 30004-2001 |

TOTAL: 1 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains**

**the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 13, 2025     Signature:     /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 11, 2025 at the address(es) listed below:**

| Name | Email Address |
| --- | --- |
| Albert Russo | docs@russotrustee.com |
| Cory Francis Woerner | on behalf of Creditor U.S. Bank Trust National Association cwoerner@raslg.com |
| Cory Francis Woerner | on behalf of Creditor U.S. BANK TRUST NATIONAL ASSOCIATION  NOT IN ITS INDIVIDUAL CAPACITY BUT SOLELY AS OWNER TRUSTEE FOR RCAF ACQUISITION TRUST cwoerner@raslg.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |
| Warren S. Jones, Jr. | on behalf of Debtor Mathew C. Miller email@warrensjones.com  r46134@notify.bestcase.com;robert@warrensjones.com |

TOTAL: 5